IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK GOMEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:20-cv-02488 |
| v. | ) | |
| | ) | Judge Mary M. Rowland |
| CSL PLASMA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF MARK GOMEZ'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Mark Gomez, by counsel, files his motion for partial summary judgment that a plasma bank is a "public accommodation" under the Title III of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12181(7), for the reasons set forth in his memorandum of law.

Dated: April 19, 2021

MARK GOMEZ,

By:     /s/ Paul W. Mollica
One of His Attorneys

Steven P. Blonder (sblonder@muchlaw.com)
Jonathan L. Loew (jloew@muchlaw.com)
MUCH SHELIST, P.C.
191 North Wacker Drive
Suite 1800
Chicago, Illinois 60606-2000
Ph. (312) 521-2000

Barry C. Taylor (barryt@equipforequality.org)
Paul W. Mollica (paulm@equipforequality.org)
EQUIP FOR EQUALITY
20 North Michigan Avenue
Suite 300
Chicago, Illinois 60602
Ph. (312) 341-0022

Counsel for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

Plaintiff, by undersigned counsel, filed and served his Motion for Partial Summary judgment upon the persons listed below by filing through the Court's ECF system on April 19, 2021:

>Eric A. Berg (eric.berg@ogletree.com)
>OGLETREE, DEAKINS, NASH, SMOAK
>  & STEWART P.C.
>155 North Wacker Drive, Suite 4300
>Chicago, Illinois 60606
>Ph. (312) 558-1424

>	___/s/ Paul W. Mollica_____
>	One of the attorneys for plaintiff