**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARK GOMEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:20-cv-02488 |
| v. | ) |
| | ) Honorable Judge Mary M. Rowland |
| CSL PLASMA, INC., | ) |
| | ) Magistrate Judge Sunil R. Harjani |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

Plaintiff MARK GOMEZ and Defendant CSL PLASMA, INC., by and through their respective attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that this case be dismissed, without prejudice until December 15, 2021, then to be with prejudice (unless a party moves to reopen on or before that date) and with each party to bear its own fees and costs pursuant to a settlement agreement for which this Court retains jurisdiction to enforce.

**DATED:** October 29, 2021

| | |
|---|---|
| By:   /s/ Paul W. Mollica, Esq. | By: /s/ Eric A. Berg (*with permission)* |
| One of The Attorneys for Plaintiff | One of The Attorneys for Defendant |
| **MARK GOMEZ** | **CSL PLASMA, INC.** |
| | |
| **MUCH SHELIST, P.C.** | **OGLETREE, DEAKINS, NASH,** |
| 191 North Wacker Drive, Suite 1800 |   **SMOAK & STEWART, P.C.** |
| Chicago, IL 60606 | 155 North Wacker Drive, Suite 4300 |
| sblonder@muchlaw.com | Chicago, IL 60606 |
| | 312.558.1220 |
| Barry C. Taylor, Esq. | eric.berg@ogletreedeains.com |
| Paul W. Mollica, Esq. | jennifer.colvin@ogletreedeakins.com |
| **EQUIP FOR EQUALITY** | |
| 20 North Michigan Avenue, Suite 300 | |
| Chicago, IL 60602 | |

## CERTIFICATE OF SERVICE

       The undersigned attorney hereby certifies that on October 29, 2021, the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

> Eric A. Berg
> Jennifer L. Colvin
> OGLETREE, DEAKINS, NASH,
>   SMOAK & STEWART, P.C.
> 155 North Wacker Drive, Suite 4300
> Chicago, IL 60606
> eric.berg@ogletreedeains.com
> jennifer.colvin@ogletreedeakins.com
>
> ***Attorneys for Defendant***

                                                 /s/ Paul W. Mollica, Esq.