**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Mark Gomez

                    Plaintiff,

v.                                                 Case No.: 1:20−cv−02488

                                                          Honorable Mary M. Rowland

CSL Plasma, Inc.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 3, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the stipulation of dismissal, this case is dismissed, without prejudice until December 15, 2021, then to be with prejudice (unless a party moves to reopen on or before that date) and with each party to bear its own fees and costs pursuant to a settlement agreement for which this Court retains jurisdiction to enforce. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.